UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

SETH JARRELL,

    Plaintiff,

v.

CIVIL ACTION NO. 2:16-cv-01757

WEST VIRGINIA UNIVERSITY
INSTITUTE OF TECHNOLOGY, and WEST
VIRGINIA UNIVERSITY BOARD OF
GOVERNORS,

    Defendants.

## AGREED DISMISSAL ORDER

This day came the parties by their respective counsel of record and announced to the Court that all matters in controversy herein have been settled, agreed and compromised and jointly moved the Court to dismiss and strike this action from its docket.

The Court having heard and considered said motion and perceiving no objection thereto, ORDERS that this action be, and it is hereby dismissed and stricken from the docket of the Court as fully agreed and compromised, with prejudice to the Plaintiff.

The Clerk of this Court is directed to send certified copies of this Order to all counsel of record.

**IT IS SO ORDERED.**

ENTERED this the 31st day of March, 2017.

Judge John T. Copenhaver, Jr.

Presented by:

/s/ Bryan R. Cokeley
Bryan R. Cokeley, Esq. (WV Bar #774)
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
*Counsel for Defendants*

/s/ Sean W. Cook
Sean W. Cook, Esq. (WVSB #10432)
Meyer Ford & Glasser PLLC
120 Capitol Street.
Charleston, WV 25301
*Counsel for Plaintiff*

1